UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED OSCAR BRINSON,

Plaintiff,

v.

LAURA LAWSON et al.,

Defendants.

Case No. 25-12138
Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

**ORDER ADOPTING REPORT AND RECOMMENDATION [28] AND GRANTING UNOPPOSED MOTIONS TO DISMISS DEFENDANT LAURA LAWSON [22, 26]**

Plaintiff Fred Oscar Brinson, a prisoner currently incarcerated at Kinross Correctional Facility, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against various nurses and staff at Gus Harrison Correctional Facility, alleging they violated his Eighth and Fourteenth Amendment rights when they denied him a needed accommodation. (ECF No. 1.) The case was referred to Magistrate Judge Elizabeth A. Stafford for all pre-trial matters. (ECF No. 9.)

On July 17, 2026, Defendant Laura Lawson moved to dismiss Brinson's claims against her pursuant to Fed. R. Civ. P. 12(b)(6), or alternatively, to grant summary judgment in her favor. (ECF No. 22.) Brinson does not oppose Lawson's motion to dismiss. In fact, he filed his own motion indicating his desire to dismiss the claims against Lawson. (ECF No. 26, PageID.229 ("after thoughtful consideration, Plaintiff has determined that Laura Lawson, should be dismissed from this case").)

Accordingly, Magistrate Judge Stafford recommends granting both Lawson and Brison's motions to dismiss Lawson from the case. (ECF No. 28.) No party objected to that report and recommendation. Accordingly, the recommended disposition in the report and recommendation is ADOPTED, Lawson's motion to dismiss is GRANTED (ECF No. 22), and Brinson's motion to dismiss (ECF No. 26) is GRANTED.

Dated: August 20, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE